# Wheeling.

ALLEN T. CAPERTON, ADM'R, *vs.* G. C. LANDCRAFT.

August Term, 1869.

A trust deed was executed in 1858, the debt secured to be discharged by the 1st of September, 1862, or the property to be then sold. The trustee advertised for sale on the 4th of February, 1868, when an injunction was obtained restraining the same, alleging that the land was about to be sold for cash at a time when in consequence of the general prevalent depression and extreme scarcity of money, and the season of the year, and inclemency of the weather at the time of the proposed sale, that it would result in great pecuniary loss and sacrifice. HELD :

> That a decree perpetuating the injunction was erroneous, and the injunction must be dissolved and the bill dismissed.

This cause came from Monroe county.

*J. S. Wheat* for the appellant.
*W. W. Peck* and *J. W. Davis* for appellee.

MAXWELL, J.　The appellee on the 7th day of September, 1858, by deed, conveyed two tracts of land in trust to secure the payment of the sum of 1,400 dollars, to be paid on or before the 1st day of September, 1862.　The trustee advertised the property to be sold on the 4th day of February, 1868, when Landcraft obtained an injunction restraining the sale.

The bill of injunction charges that the land is about to be sold for cash at a forced sale at a time when in consequence of the general prevalent depression and extreme scarcity of money, and the season of the year, and the inclemency of the weather at the time of the proposed sale, such a sale must result in great pecuniary loss and sacrifice.

The defendant demurred to the bill, answered, and then moved to dissolve the injunction, but the court upon hearing the case refused to dissolve.

The bill it seems to me is bad on demurrer.   The motion to dissolve the injunction should have been sustained, the injunction dissolved, and as the cause had been set for hearing the bill should have been dismissed.

The order complained of must be reversed, with costs to the appellant, injunction dissolved, and the bill dismissed.

The other judges concurred.

DECREE REVERSED.